THE PEOPLE *ex rel.* Henry L. Arnold, County Collector, Appellee, *vs.* WILLIAM LEONARD *et al.* Appellants.

*Opinion filed December 21, 1910.*

This case is controlled by the decision in *People* v. *Adair,* (*ante,* p. 398.)

APPEAL from the County Court of LaSalle county; the Hon. JOSEPH DAVIS, Judge, presiding.

BUTTERS & ARMSTRONG for appellants.

B. F. LINCOLN, JOHN GARLAND, and D. L. DUNAVAN, for appellee.

Per CURIAM: This was an application by the county collector of LaSalle county for judgment and order of sale in the county court of the aforesaid county against the lands of the appellants to satisfy an additional assessment levied by the commissioners of Union District No. 1 of the towns of Freedom and Ophir, in LaSalle county. The record of the drainage district in this case is the same as the record of Drainage District No. 2 of the town of Ophir, considered by this court at this term in the case of *People* v. *Adair,* (*ante,* p. 398,) in so far as the drainage

record fails to show that the funds of the district have been exhausted and a necessity exists for the levy of an additional assessment in 'said drainage district.

The judgment of the county court will be reversed and the cause remanded. 

*Reversed and remanded.*